**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01073-BNB

LEONARDO RAMOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the three motions filed by Plaintiff on June 2, 2011. Plaintiff's "Motion to Waive Local Rule 8.1" (Doc. No. 4) is DENIED. Local Rule 8.1A. of the Local Rules of Practice for this Court requires that "[a] pro se party shall use the forms established by the court."

    Plaintiff's "Motion Requesting Extension of Time to Comply with Order to Cure Deficiency of April 29th 2011" (Doc. No. 5) is GRANTED. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to cure all the deficiencies designated in the April 29 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

    Plaintiff's "Motion for Leave to Comply with 28 USC 1746 in Lieu of Notary Requirement for Pauperis Affidavit" (Doc. No. 6) is DENIED as moot because Plaintiff is being granted an extension of time to cure all the deficiencies designated in the April 29 order, including those pertaining to the Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915.

Dated: June 8, 2011